# United States Court of Appeals
# for the Federal Circuit

―――――――――

August 15, 2024

**ERRATUM**

―――――――――

Appeal Nos. 2023-1126, 2023-1127, 2023-1128, 2023-1130, 2023-1131, 2023-1132

**B.E. TECHNOLOGY, L.L.C.,**
*Appellant*

**v.**

**TWITTER, INC., GOOGLE LLC,**
*Cross-Appellants*

Decided:  August 13, 2024
Judgment

―――――――――

Please make the following change:

On page 1, delete "Also represented by CHARLES WIZENFELD, King & Wood Mallesons LLP, New York, NY."